# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-4110

_____

| | | |
|---|---|---|
| Jimmy Luttrell, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Eastern |
| | * | District of Arkansas. |
| James N. Miller; Frank Morledge, | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

_____

Submitted: June 25, 2003

Filed: July 23, 2003

_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.

_____

PER CURIAM.

Federal inmate Jimmy Luttrell (incarcerated in Arkansas) appeals from the district court's[1] dismissal of his civil complaint and denial of his motion for reconsideration. Having carefully reviewed the record, we conclude that Mr. Luttrell's complaint is time-barred, and that Mr. Luttrell failed to allege sufficient facts to invoke equitable estoppel under Arkansas law. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny the pending motion for sanctions.

_____

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.